# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                    Petitioner,

      v.

THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

                    Respondent.

No. 2:25-cv-06502 (GJP)

## NOTICE OF APPEAL

Notice is hereby given that Respondent The Trustees of the University of Pennsylvania appeals to the United States Court of Appeals for the Third Circuit from this Court's March 31, 2026, Memorandum Opinion (Dkt. 54) and Order (Dkt. 55) granting Petitioner's Application for Enforcement.

Dated: April 13, 2026

Respectfully submitted,

*/s/ Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
seth.waxman@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
Olivia P. Greene (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8864
Facsimile: (212) 230-8888
debo.adegbile@wilmerhale.com
olivia.greene@wilmerhale.com

Sean V. Burke
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5200
Facsimile: (215) 746-5222

*Attorneys for Respondent the Trustees of the*
*University of Pennsylvania*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on April 13, 2026, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  April 13, 2026                                      Respectfully submitted,

                                                                    */s/ Seth P. Waxman*
                                                                    Seth P. Waxman