No. 26-1853

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

*Petitioner-Appellee*,

*v.*

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

*Respondent-Appellant*.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, No. 25-cv-06502
Before the Honorable Judge Gerald J. Pappert

## JOINT STIPULATION OF DISMISSAL

Pursuant to a Resolution Agreement attached hereto, the Trustees of the University of Pennsylvania and Equal Employment Opportunity Commission jointly stipulate to dismissal of the above-captioned appeal under Federal Rule of Appellate Procedure 42(b)(1) and Third Circuit Local Appellate Rule 33.5(d).  The parties agree to each bear their own costs; no fees are due.

Dated:  July 23, 2026

Respectfully submitted,

/s/ James Driscoll-MacEachron

CATHERINE ESCHBACH
Acting General Counsel

CHRISTOPHER LAGE
Deputy General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

JEREMY D. HOROWITZ
Assistant General Counsel

JAMES DRISCOLL-MACEACHRON
Attorney

EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Office of the General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(602) 661-0014

*Attorneys for Petitioner-Appellee*

/s/ Seth P. Waxman

SETH P. WAXMAN
ALLISON SCHULTZ
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
(202) 663-6000

DEBO P. ADEGBILE
OLIVIA GREENE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Attorneys for Respondent-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated:  July 23, 2026

/s/ Seth P. Waxman
SETH P. WAXMAN