# Exhibit A

**IN THE**

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. 26-1853**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

*Petitioner-Appellee*,

*v.*

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

*Respondent-Appellant*.

**<u>RESOLUTION AGREEMENT</u>**

The Equal Opportunity Employment Commission ("EEOC") and the University of Pennsylvania agree as follows:

The EEOC warrants that it will not take any further measures to enforce the subpoena seeking identification and personal contact information of employees of the University of Pennsylvania, and any other unproduced information sought under the subpoena that gave rise to this action, nor will it seek to enforce the district court order regarding that subpoena or otherwise seek from the University of Pennsylvania any material sought by the subpoena, during the pendency of the EEOC's administrative investigation into Charge No. 530-2024-01963, issued on December 8, 2023.

In exchange, the University of Pennsylvania agrees to file a stipulation of dismissal of the appeal pursuant to Federal Rule of Appellate Procedure 42(b) and

Third Circuit Local Appellate Rule 33.5(d). The stipulation will state that the parties' agreement moots the appeal. The stipulation will also state that each party shall bear its own costs and attorney's fees.

The University of Pennsylvania also agrees that it will not seek vacatur of the district court opinion in this case.

Executed on this 23st day of July, 2026.

 /s/ James Driscoll-MacEachron

CATHERINE ESCHBACH
Acting General Counsel

CHRISTOPHER LAGE
Deputy General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

JEREMY D. HOROWITZ
Assistant General Counsel

JAMES DRISCOLL-MACEACHRON
Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Office of the General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(602) 661-0014

*Attorneys for Petitioner-Appellee*

/s/ Seth P. Waxman

SETH P. WAXMAN
ALLISON SCHULTZ
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
(202) 663-6000

DEBO P. ADEGBILE
OLIVIA GREENE
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Attorneys for Respondent-Appellant*